UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL,

            Plaintiff,

v.                                 Case No. 6:14-cv-81-Orl-18KRS

FREDERICK J. HANNA & ASSOCIATES,

            Defendant.

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04( d), I certify that the instant action:

**X**   IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                Case No: 2010-CC-3631
                Seminole County

  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 28, 2014

*/s/ Brian Farrell*
Brian Farrell
106 Clear Lake Circle
Sanford, FL 32773
321-662-7627