UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL
*Plaintiff,*

vs

FREDERICK J. HANNA & ASSOCIATES
*Defendant,*

Case No.: 6:14-cv-00081-GKS-KRS

Judge: G. Kendall Sharp

Trial by Jury Demanded

## NOTICE OF FILING

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Brian Farrell, Plaintiff, who submits this affidavit by process server William C. Lutwack as proof of service for Defendant Frederick J. Hanna & Associates in the above instant action. Summons was served on February 21, 2014.

Respectfully,

Brian Farrell
106 Clear Lake Circle
Sanford FL 32772
321-662-7627
brian_farrell7@yahoo.com

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2014 MAR -7  PM 1:43

BRIAN FARRELL,           :

    Plaintiff,           :

vs.                      :   CASE NO. 6:14-cv-00081-GKS-KRS

FREDERICK J. HANNA &amp;     :
ASSOCIATES,              :   JUDGE_____

    Defendant.           :

## AFFIDAVIT

Personally appeared before an authority duly authorized to administer oaths, the undersigned, who, after being fully sworn on oath, states as follows:

1.

My name is William C. Lutwack and I am over the age of eighteen (18). I am a citizen of the United States and have no interest in this matter. I am a Georgia State Certified Process Server, certification number 0000104.

2.

That on February 21, 2014 at approximately 3:55 p.m, I personally served the Defendant, Frederick J. Hanna & Associates, with the following document: Complaint

3.

The Defendant was served at his place of business located at 2253 North West Parkway, Marietta, Georgia. Crystal Jackson stated she was authorized to accept service for the Defendant and accepted service.

FURTHER AFFIANT SAITH NOT.

This 22 day of February, 2014

_____
WILLIAM C. LUTWACK
William C. Lutwack
GA Certified Process Server
ID# 0000104

Sworn to and subscribed to
before me this 22nd day of
February, 2014.

_____
Notary Public

[Notary Seal: Marian Weeks, Notary Public, Cobb County, Georgia, My Commission Expires May 11, 2017]