**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN FARRELL,**

       **Plaintiff,**

v.                                                   **Case No: 6:14-cv-81-Orl-18KRS**

**FREDERICK J. HANNA &**
**ASSOCIATES,**

       **Defendant.**
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **FREDERICK J. HANNA & ASSOCIATES** in Orlando, Florida on the 25th day of March, 2014.

                                                      SHERYL L. LOESCH, CLERK

                                                      s/J. Thigpen, Deputy Clerk

Copies furnished to:

Counsel of Record