**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN FARRELL,**

> **Plaintiff,**

**v.**                                                      **Case No:  6:14-cv-81-Orl-18KRS**

**FREDERICK J. HANNA &**
**ASSOCIATES,**

> **Defendant.**

### MILBURN ORDER

This case is before the Court on Defendant's Motion for Partial Judgment on the Pleadings (Doc. No. 25), filed on July 1, 2014.  Plaintiff will be allowed until July 31, 2014, to file responsive memoranda and any materials in opposition to the motion, including affidavits and other documents within the purview of Federal Rules of Civil Procedure 56.  Failure to oppose any motion for summary judgment may result in the entry of a judgment for the movant without further proceedings.  *Milburn v. United States,* 734 F.2d 762, 765 (11th Cir. 1984); See *Griffith v. Wainwright,* 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed.R.Civ.P. 56(e).  Defendant may file a reply brief, not exceeding ten (10) pages, within fourteen (14) days after the response is served.  A hearing will not be held on the Motion for Partial Judgment on the Pleadings.

DONE AND ORDERED at Orlando, Florida, this 2nd day of July, 2014.

> s/ G. Kendall Sharp
> G. KENDALL SHARP
> SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Brian Farrell
106 Clear Lake Circle
Sanford, Fl 32773

Counsel of record