# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **BRIAN FARRELL** | ) |
| Plaintiff | ) |
| | ) Case No: 6-14-CV-00081 |
| vs | ) |
| | ) |
| **FREDERICK J. HANNA** | ) |
| **& ASSOCIATES** | ) Judge: G. Kendall Sharp |
| Defendant | ) |
| | ) |

FILED 2014 DEC 15 PM 2:17 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Brian Farrell, and states that Plaintiff has reached a settlement with Defendant. Therefore, pursuant to F.R.C.P. 41(a), Plaintiff hereby notifies this Court that Plaintiff voluntarily dismisses this Complaint with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the above and foregoing was sent via first class mail to Defendant, c/o, Freeman, Mathis, & Gary, LLP at 8875 Hidden River Parkway, Ste. 300 Tampa FL 33637 on December 12, 2014.

Respectfully Submitted,

*Brian Farrell* (signature)

Brian Farrell
106 Clear Lake Circle
Sanford FL 32773
321-662-7627
brian_farrell7@yahoo.com