UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BRIAN FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 6:14-CV-00081 |
| FREDERICK J. HANNA | ) |
| & ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, BRIAN FARRELL, and Defendant, FREDERICK J. HANNA & ASSOCIATES, by and through their undersigned counsel, and file this Stipulation for Dismissal With Prejudice, and would show unto the Court that this cause has been amicably settled. Therefore, pursuant to Rule F.R.C.P. 41(a)(1)(A)(ii), the Plaintiff hereby dismisses this action by filing this Stipulation of Dismissal with Prejudice signed by all parties who have appeared.

Dated this 17th day of December, 2014            Dated this 17th day of December, 2014

_s/ Jeremy W. Rogers_                              _Brian Farrell_
Jeremy W. Rogers                                   Brian Farrell, *pro se*
Florida Bar No.: 0150551                           106 Clear Lake Circle
Freeman Mathis & Gary, LLP                         Sanford, FL 32773
8875 Hidden River Pkwy.                            (321)662-7627
Suite 300                                          brian_farrell7@yahoo.com
Tampa, FL 33637
(813)367-2128
jrogers@fmglaw.com
Attorneys for Defendant

1197050-1