UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL,

    Plaintiff,

v.                                              Case No: 6:14-cv-81-Orl-18KRS

FREDERICK J. HANNA &
ASSOCIATES,

    Defendant.

## ORDER

On December 18, 2014 the parties filed a Stipulation for Dismissal With Prejudice (Doc. No. 31). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of December, 2014.

                                                      G. KENDALL SHARP
                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Brian Farrell
106 Clear Lake Circle
Sanford, Fl 32773

Counsel of Record